UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF STEVEN A. SERNA, LLC
5300 Bergenline Avenue, Suite 300
West New York, New Jersey 07093
Telephone Number (201)392-0303
Attorney for Debtor
By: Steven A. Serna, Esq.

Order Filed on January 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  CAROLINA CUBILETE,

  Debtors.

Case No.:     16-26993-VFP

Chapter:      13

Judge:        Vincent F. Papalis

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 30, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____09/16/2016_____ :

Property:     339 Sussex Avenue, Newark, NJ

Creditor:     Carrington Mortgage

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____04/25/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2