UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

LAW OFFICES OF STEVEN A. SERNA, LLC
5300 Bergenline Avenue, Suite 300
West New York, New Jersey 07093
Telephone Number (201)392-0303
Attorney for Debtor
Email: bk@sernaesq.com

Order Filed on May 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CAROLINA CUBILETE,

Debtor.

Case No.:  16-26993

Chapter:  13

Judge:  Vincent F. Papalia

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 30, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/11/2016_____ :

Property:    339 Sussex Avenue, Newark NJ

Creditor:    Carrington Mortgage

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____8/28/18_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2