UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF STEVEN A. SERNA, LLC
5300 Bergenline Avenue, Suite 300
West New York, New Jersey 07093
Telephone Number (201)392-0303
Attorney for Debtor
Email: bk@sernaesq.com

**Order Filed on May 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CAROLINA CUBILETE,

Debtor.

Case No.:      16-26993

Chapter:           13

Judge:      Vincent F. Papalia

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 30, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/11/2016_____ :

Property:     339 Sussex Avenue, Newark NJ

Creditor:     Carrington Mortgage

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____8/28/18_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Carolina Cubilete  
      Debtor

Case No. 16-26993-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 30, 2018  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.  
db         Carolina Cubilete,    339 Sussex Ave,    Apt 1,    Newark, NJ   07107-2955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Scott D. Sherman    on behalf of Creditor    Bank of America, N..A. ssherman@minionsherman.com  
         Steven A. Serna    on behalf of Trustee Marie-Ann Greenberg bk@sernaesq.com  
         Steven A. Serna    on behalf of Debtor Carolina Cubilete bk@sernaesq.com  
                                                                                                                                       TOTAL: 5