Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–26993–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carolina Cubilete
    339 Sussex Ave
    Apt 1
    Newark, NJ 07107–2955
Social Security No.:
    xxx–xx–7970
Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/9/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 9, 2018
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-26993-VFP
Carolina Cubilete                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 2          Date Rcvd: Jul 09, 2018
                             Form ID: 148           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2018.
db            Carolina Cubilete,   339 Sussex Ave,    Apt 1,   Newark, NJ  07107-2955
cr           +PROBER & RAPHAEL, A LAW CORPORATION,    Dean R. Prober,   20750 Ventura Boulevard, Suite 100,
              Woodland Hills, CA 91364-6207
516375484     1st Crd Srvc,   377 Hoes Ln,   Piscataway, NJ  08854-4138
516375485     AHS Overlook Medical Center OP INS,    99 Beauvoir Ave,    Summit, NJ  07901-3533
516594881    +Bank of America, N.A.,   c/o Carrington Mortgage Services, LLC,    1600 South Douglas Road,
              Anaheim, CA 92806-5948
516375488     Carrington Mortgage SE,    15 Enterprise,    Aliso Viejo, CA  92656-2652
516375492     Elizabeth Surgical Group L1,    700 Elizabeth Ave,   Elizabeth, NJ  07201-2807
516375493    +Empire Medical Associates, PC,    264 Boyden Ave,    Maplewood, NJ 07040-3058
516375495    +Essex County Sheriff,    50 W Market St,   Newark, NJ 07102-1692
516375496     Essex Emergency Group Pc,    111 Central Ave,   Newark, NJ  07102-1909
516375498     Milstead & Associates, LLC,    1 E Stow Rd,   Marlton, NJ  08053-3118
516594390    +PRINCETON PATHOLOGY SERVICES,    Revenue Recovery Corporation,    PO Box 50250,
              Knoxville, TN 37950-0250
516375499     Princeton Pathology Services,    253 Witherspoon St,    Princeton, NJ  08540-3211
516375500     Retro Fitness Belleville,    347 Franklin Ave,    Belleville, NJ  07109-1703
516375501     Revenue Recovery Corp,    PO Box 50250,   Knoxville, TN  37950-0250
516375504     Sprint,   PO Box 4600,   Reston, VA  20195-1416
516412083    +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
516605440     Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057012,   Jacksonville, FL 322325038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2018 22:48:23    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2018 22:48:19    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516375497     EDI: HNDA.COM Jul 10 2018 02:13:00    Honda Financial Services,   P.O. Box 7829,
              Philadelphia, PA  19101-0000
516427822     EDI: HNDA.COM Jul 10 2018 02:13:00    American Honda Finance Corporation,
              National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088,   866-716-6444
516375486     EDI: CINGMIDLAND.COM Jul 10 2018 02:13:00     AT&T,   PO Box 537104,   Atlanta, GA  30353-7104
516591986    +EDI: CINGMIDLAND.COM Jul 10 2018 02:13:00     AT&T Mobility II LLC,   c/o AT&T Services, Inc.,
              Karen A. Cavagnaro-Lead Paralegal,    One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
516533904     EDI: AIS.COM Jul 10 2018 02:13:00    American InfoSource LP as agent for,    Verizon,
              PO Box 248838,   Oklahoma City, OK  73124-8838
516375487    +EDI: CAPIO.COM Jul 10 2018 02:13:00    Capio Partners LLC,   2222 Texoma Pkwy,
              Sherman, TX 75090-2481
516375489     EDI: CHASE.COM Jul 10 2018 02:13:00    Chase Card,   PO Box 15298,
              Wilmington, DE  19850-5298
516375490    +E-mail/Text: bankruptcy@credencerm.com Jul 09 2018 22:48:58    Credence Resource Mana,
              17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
516375491     EDI: RCSFNBMARIN.COM Jul 10 2018 02:13:00    Credit One Bank NA,   PO Box 98875,
              Las Vegas, NV  89193-8875
516375494     E-mail/Text: bknotice@ercbpo.com Jul 09 2018 22:48:27    Enhanced Recovery Co L,
              8014 Bayberry Rd,   Jacksonville, FL  32256-7412
516554612     EDI: RESURGENT.COM Jul 10 2018 02:13:00    LVNV Funding, LLC its successors and assigns as,
              assignee of FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
516439481     EDI: Q3G.COM Jul 10 2018 02:13:00    Quantum3 Group LLC as agent for,    CF Medical LLC,
              PO Box 788,   Kirkland, WA  98083-0788
516375502     E-mail/Text: bankruptcy@savit.com Jul 09 2018 22:49:14    Sa-Vit Collection Agen,
              46 W Ferris St,   East Brunswick, NJ  08816-2159
516375503     E-mail/Text: clientservices@simonsagency.com Jul 09 2018 22:49:04    Simons Agency Inc,
              4963 Wintersweet Dr,   Liverpool, NY  13088-2176
516375505     EDI: TFSR.COM Jul 10 2018 02:13:00    Toyota Motor Credit,   4 Gatehall Dr Ste 350,
              Parsippany, NJ  07054-4522
517470060     EDI: BL-TOYOTA.COM Jul 10 2018 02:13:00    Toyota Motor Credit Corporation,
              c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516375506     EDI: VERIZONCOMB.COM Jul 10 2018 02:13:00    Verizon,   500 Technology Dr Ste 30,
              Weldon Spring, MO  63304-2225
                                                                                    TOTAL: 19

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Jul 09, 2018
                              Form ID: 148             Total Noticed: 37
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
                dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Scott D. Sherman    on behalf of Creditor    Bank of America, N..A. ssherman@minionsherman.com
              Steven A. Serna    on behalf of Trustee Marie-Ann  Greenberg bk@sernaesq.com
              Steven A. Serna    on behalf of Debtor Carolina   Cubilete bk@sernaesq.com
                                                                              TOTAL: 5
```