**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on October 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carolina Cubilete

Debtor,

Case No.: 16-26993

Hearing Date: October 4, 2018

Judge: Vincent F. Papalia

Chapter: 13

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER

Motion to Vacate Dismissal of Case Filed by Steven A. Serna on behalf of debtor

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 10, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having been presented to the Court by Debtor, through counsel, on Motion to Vacate Dismissal; and due notice having been given; and for good cause shown; it is

ORDERED that Debtor's motion to Vacate Dismissal filed on August 8, 2018 is denied based on the Debtor's lack of prosecution (failure to appear on return date of motion) and for the reasons set forth in the Trustee's objection.

*rev.6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Carolina Cubilete  
    Debtor

Case No. 16-26993-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 11, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.  
db         Carolina Cubilete,   339 Sussex Ave,    Apt 1,    Newark, NJ  07107-2955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Scott D. Sherman    on behalf of Creditor    Bank of America, N..A. ssherman@minionsherman.com  
         Steven A. Serna    on behalf of Trustee Marie-Ann  Greenberg bk@sernaesq.com  
         Steven A. Serna    on behalf of Debtor Carolina  Cubilete bk@sernaesq.com  
                                                                                                  TOTAL: 5